■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO O. ROMAN, Appellant. (Appeal No. 1.) [841 NYS2d 922]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), rendered January 16, 2004. The judgment convicted defendant, upon his plea of guilty, of bribing a witness.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of bribing a witness (Penal Law § 215.00), defendant challenges the factual sufficiency of the plea allocution. Defendant failed to preserve that challenge for our review, however, inasmuch as he failed to move to withdraw the plea or to vacate the judgment of conviction (*see People v Lopez*, 71 NY2d 662, 665 [1988]; *People v White*, 24 AD3d 1220 [2005], *lv denied* 6 NY3d 820 [2006]). In any event, defendant's challenge lacks merit. Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.